767 S.E.2d 202

The STATE, Petitioner,

v.

Diamon D. FRIPP, Respondent.

Appellate Case No. 2012–212201

No. 27472.

Supreme Court of South Carolina.

Heard Dec. 10, 2014.

Decided Dec. 23, 2014.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia and Solicitor Isaac McDuffie Stone, III, of Beaufort, for Petitioner.

Jared Sullivan Newman, of Jared S. Newman, P.A., of Port Royal, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals' opinion in *State v. Fripp,* 397 S.C. 455, 725 S.E.2d 136 (Ct.App.2012). We now dismiss the writ of certiorari as improvidently granted and further direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

DISMISSED AS IMPROVIDENTLY GRANTED.

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.